IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DENIA DUFFY,

    Plaintiff,

v.

PAE GOVERNMENT SERVICES, INC.,

    Defendant.

Civil Action No. 1:13-cv-00516 (CMH/TCB)

Judge: Hon. Claude Hilton

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Denia Duffy, by counsel, and pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), files this Stipulation of Dismissal with Prejudice to dismiss her action against the Defendant, PAE Government Services, Inc. Defendant is in agreement with the dismissal with prejudice as the parties have resolved this matter. Plaintiff and Defendant bear responsibility for their own attorneys' fees and costs.

Date: December 12, 2013

BAKER & MCKENZIE LLP

_John P. Rowley III / tcs_
John P. Rowley III (VA Bar No. 19804)
BAKER & McKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006-4078
Telephone:   +1 202 835 6151
Facsimile:   +1 202 416 7151
Email: john.rowley@bakermckenzie.com

THE VERBENA ASKEW LAW FIRM, P.C.

_Verbena M. Askew_
Verbena M. Askew, Esquire (VSB# 19511)
1919 Commerce Drive Suite 480
Hampton, Virginia 23666
Telephone: 757 722 4100
Facsimile: 757 722 8101
vaskewlawfirm@verizon.net


_____
Cynthia L. Jackson (pro hac vice)
BAKER & MCKENZIE LLP
660 Hansen Way
Palo Alto, California 94304
Telephone:    +1 650 856 5572
Facsimile:    +1 650 856 5599
Email: cynthia.jackson@bakermckenzie.com